IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARRY FOY, #179103, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:04-CV-531-MHT |
| | ) [WO] |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

The complaint in this 42 U.S.C. § 1983 action was filed by Barry Foy ["Foy"], a state inmate, on June 1, 2004. In this complaint, Foy challenges his removal from the "faith dorm" in violation of his First Amendment rights as he "wished to stay in said [dorm] to try and learn about the Bible and God, which, I never believed in the past." *Plaintiff's Complaint* at 3. Foy further complains that he has been denied access to favorable prison programs including substance abuse treatment.

The court recently ascertained that Foy no longer resides at the last address he had provided for service. The order of procedure entered in this case directs Foy to immediately inform the court of any new address. *Order of July 12, 2004 - Court Document No. 5* at 4. Since Foy failed to comply with this directive, the court entered an order requiring that on or before April 5, 2006 he inform this court of his present address.

*Order of March 28, 2006 - Court Document No. 14*.  The court specifically cautioned Foy that failure to comply with such order would result in a recommendation that this case be dismissed.  *Id*.  The time allowed Foy for filing a response to the show cause order has expired and he has filed nothing in response to such order.  The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this court.

It is further

ORDERED that on or before April 27, 2006 the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from

attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 14th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE